```
                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF OHIO


WILLIE J. KEMP,                    )    CASE NO. 4:08 CV 635
                                   )
         Petitioner,               )    JUDGE KATHLEEN M. O'MALLEY
                                   )
    v.                             )
                                   )    JUDGMENT ENTRY
WARDEN GUNJA,                      )
                                   )
         Respondent.               )
```

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed.  Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

                                        s/ Kathleen M. O'Malley
                                        KATHLEEN M. O'MALLEY
                                        UNITED STATES DISTRICT JUDGE

DATED: March 24, 2008